EXHIBIT "A"

TRANSCRIPT OF AUDIO PHONE CONVERSATION

BETWEEN CHRIS PILON AND DEAN SAIDAI

HELD ON MAY 31, 2024

DATE PREPARED:  JUNE 10, 2024

TRANSCRIPTIONIST:  LINDA M. BOUR

ALLIANCE COURT REPORTING
P.O. BOX 78261
INDIANAPOLIS, INDIANA  46278-0261
(317) 875-3914
www.alliancecourtreporting.com

1 *(TELEPHONE RINGING)*

2

3 CHRIS PILON: This is Chris.

4 DEAN SAIDAI: Hey Chris, it's Dean. My

5 phone's dead.

6 CHRIS PILON: Ah, thanks for calling me

7 back. Uh, hey, so I have a favor proposition

8 (slash) awkward thing to ask of you. I'm just

9 gonna hit you between the eyes and see what you

10 think. Um, so we're up against a number that

11 we're trying to hit. I'm tasked with getting some

12 SRC cars. Um, I know you guys are going to add

13 some into C Code tonight depending on how you

14 shake out with retail, right? So that I'm not

15 worried about, I know you're gonna send me

16 whatever you need to get to your number; however,

17 we're asking dealers to consider the F Code SRC

18 program. Have -- have you guys ever done F Code

19 before? That's the new car demo.

20 DEAN SAIDAI: Yeah, but then we only get

21 it punched when it -- when we sell in per -- in

22 future months, right?

23 CHRIS PILON: Correct. So think of it

24 this way. And again, I feel slimy for even

25 proposing this, but we are -- I am tasked with

3

1  proposing it.  F Code won't impact your PEP number
2  at all, so you're 100% correct, it doesn't benefit
3  you in any way with that.  The only benefit that
4  it has is you're gonna steal some inventory, okay?
5  So what we're asking dealers to do is to consider
6  SRC-Fs.  Again, this is totally separate from what
7  you need for PEP.  So if you need 5 or 6 C Codes
8  to get to your objective, you're still gonna do
9  that; you know, this is totally separate from
10 that.  But for dealers that are willing to put in
11 F Codes, we're gonna throw them some inventory,
12 including some Santa Fes.  So the benefit to the
13 dealer is the additional inventory, including like
14 I said Santa Fe.  There is a downside to it
15 though.  So the downside is you're gonna start in
16 the hole next month 'cause you're gonna cancel
17 these.  You're not gonna put these in service.
18 All that we're doing is robbing RDRs, and again
19 it's a favor to us; we're asking you to consider
20 it.  It's also gonna pump up your RDR count for
21 this month, so let's say you finish at 85 and
22 let's say you put 15 in, you're gonna be at 100
23 this month.  It's gonna make you look better this
24 month, but when you cancel them, you're gonna
25 start in the hole next month, that's the downside,

4

1  right?  So that's the proposition if you're
2  looking for the extra inventory, extra Santa Fes,
3  this would be a way to do it.
4           DEAN SAIDAI:  So they will count towards
5  the number this month?
6           CHRIS PILON:  Not for PEP.
7           DEAN SAIDAI:  Okay.
8           CHRIS PILON:  Just for the stand-ins.
9           DEAN SAIDAI:  Just the RDRs?
10          CHRIS PILON:  Just for the stand-ins,
11 correct.  So again, when --
12          DEAN SAIDAI:  And then you're say --
13 you're saying I could remove them next month and
14 put them back in --
15          CHRIS PILON:  Yes.
16          DEAN SAIDAI:  -- new car inventory?
17          CHRIS PILON:  Yes.  So literally, think
18 of it this way, we're taking 15 -- whatever
19 number, I'm saying 15, but whether it's 5, 10, 15,
20 20, what -- whatever it is, you're taking those
21 counts and you're putting it in this month.  And
22 for doing that we're gonna reward you with some
23 pipeline cars.  That's like we'll send you --
24          DEAN SAIDAI:  What kind of pipeline cars?
25 I mean like Ioniqs?

```
                                                               5
 1              CHRIS PILON:  Oh, God, no.  No.  I mean,
 2   50 per -- 2 to 1 Santa Fe, meaning 50% of whatever
 3   you put in will come back to you in Santa Fe, plus
 4   a mix of other cars:  Kona, Elantra, Tucson,
 5   Palisade, um -- Santa Cruz.  I'm not talking
 6   Ioniqs, right?  I'm talking gas engine core cars:
 7   Elantra, Sonata, Kona.
 8              DEAN SAIDAI:  So let's say I did 3 of
 9   them, you're saying I would get 6 cars back?
10              CHRIS PILON:  3 cars.  3 cars of which at
11   least 50% -- so we'll say 2 -- would be Santa Fe.
12              DEAN SAIDAI:  Okay, so 1 for 1, but 50%,
13   like if I --
14              CHRIS PILON:  So for --
15              DEAN SAIDAI:  -- did 4, 2 of them would
16   be Santa Fes.
17              CHRIS PILON:  Correct.  Correct.
18   Correct.
19              DEAN SAIDAI:  Okay.
20              CHRIS PILON:  Yes.
21              DEAN SAIDAI:  And then could -- can I
22   pick the Santa Fes or no?
23              CHRIS PILON:  What I would say is I would
24   put the request in, so I don't have the --
25              DEAN SAIDAI:  I'd like to request it.
```

6

1  Because you know I would love Santa Fe hybrid
2  Calligraphies.
3            CHRIS PILON:  So when you -- let's say
4  you're open to this and you send me the VINs -- by
5  the way, Ioniq VINS are perfect for this, okay,
6  because -- and here's the other downside before I
7  forget, this is an important downside.  I wanna be
8  fully transparent.  Any car you put into F Code
9  and then cancel, you cannot put into F Code in the
10 fu -- you can't put into service in the future.
11 So what you don't want to do in my opinion is use
12 VINs like Tucson, Sonata, Elantra, cars that you
13 typically sometimes use for actual service
14 customers.
15           DEAN SAIDAI:  Uh-huh.
16           CHRIS PILON:  You don't want to use any
17 of those because, again, you will never be able to
18 use this VIN again for an SRC, so --
19           DEAN SAIDAI:  So, if I -- if I punched --
20 so you're saying if I punched the F -- F Codes and
21 then removed them next month, then in the
22 future --
23           CHRIS PILON:  Correct.
24           DEAN SAIDAI:  -- I could not use them as
25 service loaners?

7

1           CHRIS PILON:  Correct.  Correct.
2           DEAN SAIDAI:  Who would know that?
3           CHRIS PILON:  'Cause there's a
4 cancellation on the VIN when you cancel these Fs,
5 and any RDR that's been cancelled makes that VIN
6 ineligible for an SRC, so --
7           DEAN SAIDAI:  So it would still be fine
8 to deliver and sell to a customer?
9           CHRIS PILON:  Oh, yes, yes.  New car
10 counts for PEP, everything is -- else is normal,
11 but you won't be able to use it in the future for
12 SRC.  So that's why Palisade, Santa Fe, and Ioniq
13 would actually be really good for F Code because
14 you're -- you're never gonna put those cars into
15 service anyway, right?
16           DEAN SAIDAI:  Right.
17           CHRIS PILON:  So anyway give -- give it
18 some thought as a favor to Tia, as a favor to me.
19 Again, I feel slimy for asking ya, but you know
20 desperate times call for desperate measures.
21 We're kinda up against the wall and we gotta hit a
22 number for the press and for the Koreans, so if
23 you can help out in any way, I can help you by
24 giving you those pipeline cars.
25           DEAN SAIDAI:  Okay, cool.  Let me game

8

1 plan it and I'll call you in a little while.
2          CHRIS PILON:  All right cool, I
3 appreciate it.
4          DEAN SAIDAI:  No problem, man.  Take it
5 easy.
6          CHRIS PILON:  Thanks, yep.  See you
7 later.
8          DEAN SAIDAI:  Bye.
9
10              [END OF RECORDING].
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

9

```
 1  STATE OF INDIANA )
                     )SS:
 2  COUNTY OF MARION )

 3              CERTIFICATE OF NOTARY

 4       I, Linda M. Bour, a Notary Public in and

 5  Stenographic Reporter for Alliance for Litigation

 6  Support, Inc., d/b/a Alliance Court Reporting, do

 7  hereby certify that I did prepare a typewritten

 8  transcript from an audio recording provided to me

 9  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10       That said transcript is a true and

11  accurate typewritten record, to the best of my

12  ability;

13       I do further certify that I am a

14  disinterested person in this matter; I am not a

15  relative or attorney of any of the parties, or

16  otherwise interested in the event of this action.

17       IN WITNESS WHEREOF, I have hereunto set my
                                          10th
18  hand and affixed my notarial seal this ___ day of

19  __June__, 2024.

20

21                         _____
                           Linda M. Bour, Notary Public,
22

23  Residing in: Marion County, Indiana
    My Commission Expires: June 19, 2024
24

25
```